Clerk,
United States District Court
for the District of Maryland
101 W. Lombard St.
Room 4415
Baltimore, MD. 21201-2691

April 2, 2014

RE: Criminal Docket for Case No. 05-CR-00570-BEL

Dear Clerk,

Greetings:

    This letter is in request of a copy of the above mentioned Criminal
Docket in my case.

    I would also respectfully request a copy of my Sentencing Transcript
if it is available to you.

    Please let me know if there is a fee or charge for this material.


    Thank you in advance for your anticipated assistance upon this
request.


                    Respectfully Submitted,


                    _____
                    Javon Brewer # 42348-037
                    USP Lompoc
                    3901 Klein Blvd.
                    Lompoc, CA.  93436-2706
                    Case No. 05-CR-00570-BEL